```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER BRYAN ET AL.,           :
                                    :          22-CV-0380 (ALC) (RWL)
                  Plaintiffs,       :
                                    :
       - against -                  :          **ORDER**
                                    :
JOHNSON CONTROLS INC.,              :
                                    :
                  Defendant.        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 18, 2022, parties attended a mediation conference. The parties' report of mediation status was due by November 17, 2022. None has been filed. Accordingly, by December 20, 2022, the parties shall file a status update.

                                   SO ORDERED.

                                   _____
                                   ROBERT W. LEHRBURGER
                                   UNITED STATES MAGISTRATE JUDGE

Dated: December 15, 2022
       New York, New York

Copies transmitted to all counsel of record.

1