USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER BRYAN ET AL.,

                Plaintiffs,

- against -

JOHNSON CONTROLS INC.,

                Defendant.
------------------------------------------------------------X

22-CV-0380 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By January 25, 2023, the parties shall jointly file a letter indicating whether they consent to trial and all proceedings before a United States Magistrate Judge. If the parties disagree they should not disclose their respective positions but should merely state that the parties do not consent.

Also, by January 25, 2023, Plaintiffs' counsel shall file a letter showing cause why he did not appear for the initial pre-trial conference on January 18, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 18, 2023
      New York, New York

Copies transmitted to all counsel of record.

1