```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER BRYAN ET AL.,                :
                                         :         22-CV-0380 (ALC) (RWL)
                        Plaintiffs,      :
                                         :
        - against -                      :         **ORDER**
                                         :
JOHNSON CONTROLS INC.,                   :
                                         :
                        Defendant.       :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court having been informed that the parties have reached an agreement on all issues pursuant to the court-appointed Mediator's filing on February 7, 2023 (Dkt. 23), the parties shall submit the settlement agreement and the *Cheek's* submission by March 8, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 21, 2023
       New York, New York

Copies transmitted to all counsel of record.

1